UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J.,<br><br>             Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO,[1] Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:23-cv-09959-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Opinion and Order.

DATED: 8/14/2025

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.